**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>DORIS M DAWSON<br><br>Debtor(s) | Case No. 14-33342 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/12/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/10/2015.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,365.33 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$4,365.33**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,164.52 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $200.81 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,365.33**

Attorney fees paid and disclosed by debtor:     $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acceptance Now | Unsecured | 4,639.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED COLLECTION BU | Unsecured | 1,593.00 | NA | NA | 0.00 | 0.00 |
| American Infosource | Unsecured | 364.00 | 363.56 | 363.56 | 0.00 | 0.00 |
| American Infosource | Unsecured | 1,644.00 | 1,644.45 | 1,644.45 | 0.00 | 0.00 |
| American Infosource | Unsecured | NA | 848.62 | 848.62 | 0.00 | 0.00 |
| AMERICAN WEB LOAN | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 5,950.00 | 5,950.78 | 5,950.78 | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | NA | 809.84 | 809.84 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 225.00 | 656.10 | 656.10 | 0.00 | 0.00 |
| CRESCENT BANK & TRUST | Secured | 11,582.00 | 11,710.96 | 11,582.00 | 0.00 | 0.00 |
| CRESCENT BANK & TRUST | Unsecured | NA | 0.00 | 128.96 | 0.00 | 0.00 |
| ENHANCED ACQ | Unsecured | 1,002.00 | NA | NA | 0.00 | 0.00 |
| GEICO INSURANCE | Unsecured | 166.06 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 1,175.00 | 1,175.25 | 1,175.25 | 0.00 | 0.00 |
| HIXON HOME IMPROVEMENT CO | Secured | 4,474.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HIXON HOME IMPROVEMENT CO | Secured | NA | 4,474.00 | 4,474.00 | 0.00 | 0.00 |
| HOLDEN PARK HOMEOWNERS ASSC | Secured | NA | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| HOLDEN PARK MASTER ASSOCIATIO | Secured | 2,200.00 | 2,089.40 | 2,089.40 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 351.25 | 351.25 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAI | Secured | NA | 39,559.08 | 39,559.08 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAI | Secured | 143,747.00 | 134,992.84 | 174,551.92 | 0.00 | 0.00 |
| LELA CRAIG | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,403.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| My Cash Now | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| NDC CK SVC | Unsecured | 1,175.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 661.76 | 281.62 | 281.62 | 0.00 | 0.00 |
| NIIWIN, LLC dba Lendgreen | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NORTH STAR CAPITAL ACQUSITION | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES | Unsecured | 1,289.00 | NA | NA | 0.00 | 0.00 |
| Pioneer Credit Recovery, Inc | Unsecured | 772.20 | NA | NA | 0.00 | 0.00 |
| SOUTHERN AUTO FINANCIAL CO | Secured | 8,077.00 | 8,077.48 | 8,077.00 | 0.00 | 0.00 |
| SOUTHERN AUTO FINANCIAL CO | Unsecured | NA | 0.00 | 0.48 | 0.00 | 0.00 |
| SOUTHWEST CREDIT | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| TDBANK USA /TARGET CREDIT | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collec | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 2,756.00 | 2,782.15 | 2,782.15 | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Secured | NA | 300.00 | 300.00 | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Secured | 300.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $174,551.92 | $0.00 | $0.00 |
| Mortgage Arrearage | $46,533.08 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,659.00 | $0.00 | $0.00 |
| All Other Secured | $2,089.40 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$242,833.40** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$15,503.06** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $4,365.33 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$4,365.33** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/22/2015       By: /s/ Tom Vaughn
Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**